UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DANIEL RAY BONILLA,

              3:15-cv-1240

       Plaintiff,       (GLS/DEP)

      v.

STATE OF NEW YORK et al.,

       Defendants.
_____

APPEARANCES:         OF COUNSEL:

FOR THE PLAINTIFF:

DANIEL RAY BONILLA
*Pro Se*
14 Pleasant Avenue
Binghamton, New York 13902

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On July 5, 2016, the court ordered plaintiff to notify the court by August 5, 2016 of his current address and/or verify that his mailing address is as listed in the caption of this Order and may file a second amended complaint in full compliance with this court's order issued on May 17, 2016. (Dkt. No. 18.) The court warned plaintiff that his failure to comply with the

Order would result in dismissal, and a copy of the Order was sent to plaintiff's last known address. (*Id.*) Plaintiff has failed to so notify the court of his current address and file a second amended complaint.

Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** for plaintiff's failure to notify the court of his address change, for failure to prosecute, and failure to comply with the court's Orders; and it is further

**ORDERED** that the Clerk serve this Decision and Order on the plaintiff at his last known address and on all other parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

August 25, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge